# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SAMMIE FORD,

                              Plaintiff,

v.                                          Case Number: 2:14-cv-02537 JWL/TJJ

MIDLAND CREDIT MANAGEMENT
INC.,

                              Defendant.

## STIPULATION OF DISMISSAL

Plaintiff and Defendant file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.      Plaintiff is Sammie Ford; Defendant is Midland Credit Management Inc..

2.      On September 25, 2014, Plaintiff filed a Petition against Defendant in the District Court of Wyandotte County, Kansas.

3.      On October 21, 2014, Defendant removed the case to the United States District Court for the District of Kansas (Doc. 1).

4.      On November 12, 2014, Defendant filed an Answer (Doc. 5).

5.      Plaintiff now moves to dismiss the suit.

6.      Defendant agrees to the dismissal.

7.      This case is not a class action.

8.      A receiver has not been appointed in this case.

9.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By:  /s/ A.J. Stecklein
A.J. Stecklein #16330
Consumer Legal Clinic LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0147
Email:  AJ@KCconsumerlawyer.com
Attorney for Plaintiff

and

By:  /s/ Thomas M. Martin
Thomas M. Martin #13620
M. Cory Nelson  #78428
Lewis, Rice, Fingersh LC
1010 Walnut Street, Suite 500
Kansas City, Missouri 64106
Telephone:  816-421-2500
Facsimile:  816-472-2500
Email: TMMartin@lrf-kc.com
          CNelson@lrf-kc.com
Attorneys for Defendant